UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff(s):** TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56, et. al | **Defendant(s):** ALBERT WENDT CONSTRUCTION CO., an Illinois corporation |
| County of Residence: COOK | County of Residence: COOK |
| Plaintiff's Atty: Donald D. Schwartz<br>Arnold and Kadjan<br>19 W. Jackson Blvd., Suite 300<br>Chicago, IL 60604<br>312-236-0415 | Defendant's Atty: |

II. Basis of Jurisdiction:    3. Federal Question (U.S. not a party)

III. Citizenship of Principle Parties
(Diversity Cases Only)
    Plaintiff:- N/A
    Defendant:- N/A

FILED: APRIL 17, 2008
08CV 2192 NF
JUDGE KENDAL
MAGISTRATE JUDGE SCHENKIER

IV. Origin :    1. Original Proceeding

V. Nature of Suit:    791 E.R.I.S.A

VI. Cause of Action:    This cause of action is for underfunding of various trust funds administered by the Plaintiffs and arises under Section 301 of the National Labor Relating Act, U.S.C. Chapter 7 Section 185(a) and ERISA, 29 U.S.C. Section 1132 and 1145

VII. Requested in Complaint
    Class Action: No
    Dollar Demand:
    Jury Demand: No

VIII. This case **Is NOT** a refiling of a previously dismissed case. (If yes case number _____ by Judge _____)

Signature: _____ s/Donald D. Schwartz _____

Date: _____ April 16, 2008 _____