AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE BRICKLAYERS AND ALLIED
CRAFTSMEN LOCAL 56, ET AL.

        Plaintiffs,

V.

ALBERT WENDT CONSTRUCTION CO.,
AN ILLINOIS CORPORATION

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08CV2192

JUDGE KENDALL

ASSIGNED JUDGE: MAGISTRATE JUDGE SCHENKIER

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

    ALBERT WENDT CONSTRUCTION CO.
    C/O ITS REGISTERED AGENT, WALTER W. BELL
    200 WEST ADAMS STREET, SUITE 2600
    CHICAGO, IL 60606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    DONALD D. SCHWARTZ
    ARNOLD AND KADJAN
    19 WEST JACKSON BLVD., SUITE 300
    CHICAGO, IL 60604
    (312) 236-0415

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



April 17, 2008

Date

AO 440 (Rev 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4/18/08 |
| NAME OF SERVER (PRINT) Allen Harris | TITLE Law Clerks |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 200 W Adams, Suite 2600 Summon excepted by Walter W. Bell himself. Age; 55/60 Gender; Male, Race; White.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/18/08
Date

Signature of Server

19 W Jackson, Chicago, IL, 60604
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.