IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 2192 |
| v. | ) ) | Judge Kendall |
| ALBERT WENDT CONSTRUCTION CO., AN ILLINOIS CORPORATION, | ) ) ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

## NOTICE OF MOTION

**TO:** ALBERT WENDT CONSTRUCTION CO.
C/O ITS REGISTERED AGENT, WALTER W. BELL
200 WEST ADAMS STREET, SUITE 2600
CHICAGO, IL 60606

**PLEASE TAKE NOTICE** that on **May 29, 2008**, at **9:00 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Kendall, Room 2319** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Audit.

                                          TRUSTEES OF THE BRICKLAYERS
                                          AND ALLIED CRAFTSMEN LOCAL 56
                                          FRINGE BENEFIT FUND

                                          s/ Donald D. Schwartz
                                          One of their Attorneys

Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)

312-341-0438 (fax)
Dated: May 23, 2008

## **PROOF OF SERVICE**

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Audit with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 23rd day of May 2008, at or before the hour of 5:00 p.m.

ALBERT WENDT CONSTRUCTION CO.
C/O ITS REGISTERED AGENT, WALTER W. BELL
200 WEST ADAMS STREET, SUITE 2600
CHICAGO, IL 60606

s/Donald D. Schwartz
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: May 23, 2008