UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Trustees of the Bricklayers and Allied Craftsmen Local
56 Fringe Benefit Fund
                                                    Plaintiff,

v.                                                   Case No.:
                                                    1:08−cv−02192
                                                    Honorable Virginia
                                                    M. Kendall

Albert Wendt Construction Co.
                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. Motion for Default & Audit [7] granted. Enter Order of Default. Status hearing set for 7/28/2008 at 9:00 AM. Mailed notice.(kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.