IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, ) ) ) ) | |
| Plaintiffs, ) ) | No. 08 C 2192 |
| v. ) ) | Judge Kendall |
| ALBERT WENDT CONSTRUCTION CO., AN ILLINOIS CORPORATION, ) ) ) ) | Magistrate Judge Schenkier |
| Defendant. ) | |

### ORDER

**THIS CAUSE** coming on to be heard on Motion of Plaintiffs for entry of Default against Defendant and for an Order requiring Defendant to turn over their books and records for audit; the Court finds as follows:

1. The Complaint was filed herein on April 17, 2008.

2. Process has been served upon Defendant, ALBERT WENDT CONSTRUCTION CO.

3. Defendant has filed no answer or other pleadings within the time provided by law.

**IT IS HEREBY ORDERED:**

1. Defendant is hereby defaulted and Judgment as to liability is entered against him and in favor of Plaintiffs.

2. Defendant is ordered to permit, within 30 days, an audit of his books and records of Plaintiffs' auditor. The audit will cover the period from September 1, 2007 to the present.

3. Defendant is ordered to produce the following records beginning as of September

1, 2007, for examination by Plaintiffs' auditor.

A. All cash disbursements journals;

B. All individual payroll records;

C. All time records which are the basis of the above-mentioned individual payroll records;

D. All State unemployment tax returns as requested by the Trustees;

E. All records showing Defendants' employees nature and classification of work, membership of those employees in, or contributions by Defendants on their behalf to, other trades, crafts, or fringe benefit funds.

DATED: 5-28-08

ENTER: _____
HONORABLE JUDGE KENDALL

DONALD D. SCHWARTZ
ARNOLD AND KADJAN
19 W. Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415