IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 2192 |
| v. | ) ) | Judge Kendall |
| ALBERT WENDT CONSTRUCTION CO., AN ILLINOIS CORPORATION, | ) ) ) ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

_Allen Harris_, law clerk for the offices of Arnold and Kadjan, located at 19 West Jackson Blvd., Suite 300, Chicago, IL 60604, hereby states as follows:

1. That I served the within **Order**

   on the within named    Albert Wendt Construction Co.
   c/o its Registered Agent, Walter W. Bell
   200 West Adams Street, Suite 2600
   Chicago, IL 60606

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   Sex _Male_  Race _White_  Approx. Age _60-65_  Other _____

   That the place where and the date and time when the above document was served upon the person were as follows:

   Place _200 W Adams Suite 2600_
   Date _6/4/08_   Time _3:35 pm_

X _[signature]_   _[signature] W Bell_   _6/4/08_

Under the penalties provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as a foresaid that he verily believes the same to be true.

_____
Special Process Server