## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 2192 |
| v. | ) ) | Judge Kendall |
| ALBERT WENDT CONSTRUCTION CO., AN ILLINOIS CORPORATION, | ) ) ) ) | Magistrate Judge Schenkier |
| Defendant. | ) | |

### MOTION FOR ORDER OF DEFAULT AND JUDGMENT IN SUM CERTAIN

Plaintiffs, by one of their attorneys, DONALD D. SCHWARTZ and ARNOLD AND KADJAN, pursuant to F.R.C.P. 55, respectfully request this Honorable Court to enter an Order of Default as to liability and Judgment in favor of Plaintiffs and against Defendant, ALBERT WENDT CONSTRUCTION CO.

In support thereof, Plaintiffs state:

1.     This case was filed on April 17, 2008.

2.     Defendant was served with Summons and Complaint on April 18, 2008.

3.     In excess of 20 days have expired since Service of Process, however, Defendant has failed to file an answer or otherwise plead.

4.     Per the affidavit of Richard Wolf, Defendant owes $68,779.09 benefits, $8,237.80 unpaid wages and $6,877.90 late charges for a total due of $83,894.79. (Exhibit A)

5.     Per the affidavit of Donald Schwartz, attorney for Plaintiffs in legal fees and expenses $1,300.00 has been incurred in this suit.  (Exhibit B)

**WHEREFORE**, Plaintiffs pray for:

1.      An Order of Default against the Defendant.

2.      Judgment be rendered in the amount of $85,194.79 against ALBERT WENDT

CONSTRUCTION CO.

Respectfully submitted,

**TRUSTEES OF BRICKLAYERS AND ALLIED
CRAFTSMEN LOCAL 56 FRINGE BENEFIT
FUND**


s/ Donald D. Schwartz
One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 2192 |
| v. | ) ) | Judge Kendall |
| ALBERT WENDT CONSTRUCTION CO., AN ILLINOIS CORPORATION, | ) ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) | |

### AFFIDAVIT

I, Richard J. Wolf, upon being first duly sworn, on oath deposes and states:

1.     Affiant is President of the auditing firm of Richard J. Wolf & Company, Inc.

2.     Our firm completed a compliance audit for the Bricklayers and Allied Craftsmen Local 56 Fringe Benefit Funds on ALBERT WENDT CONSTRUCTION CO., for the period September 1, 2007 through May 31, 2008.

3.     The audit report found arrears owing to the Bricklayers and Allied Craftsmen Local 56 Fringe Benefit Funds in the amount of $68,779.09 benefits and $8,237.80 unpaid wages and $6,877.90 late charges.

4.     The total due the Plaintiffs including arrears, audit costs, and liquidated damages of 10 percent, but excluding attorney's fees and court costs is **$83,894.79** for Bricklayers and Allied Craftsmen Local 56 Fringe Benefit Funds.

**EXHIBIT A**

5. Affiant is not currently suffering any infirmities and is competent to testify to all the foregoing.

FURTHER AFFIANT SAYETH NOT.

_____
Richard J. Wolf

**SUBSCRIBED AND SWORN to**
before me this ___10th___ day
of July 2008

_____
Notary Public

OFFICIAL SEAL
LAURA TRLAK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/10/09

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

TRUSTEES OF THE BRICKLAYERS     )
AND ALLIED CRAFTSMEN LOCAL 56    )
FRINGE BENEFIT FUND,          )
                               )
       Plaintiffs,        )     No. 08 C 2192
                               )
     v.                 )     Judge Kendall
                               )
ALBERT WENDT CONSTRUCTION CO.,  )     Magistrate Judge Schenkier
AN ILLINOIS CORPORATION,      )
                               )
       Defendant.       )

## <u>AFFIDAVIT</u>

Donald D. Schwartz, upon being first duly sworn, on oath deposes and states:

1.     Affiant is partner in the Law Firm Arnold & Kadjan handling this case.

2.     Our firm has spent 5 hours in litigation in this matter.

3.     Our normal rate is $175.00 per hour.

4.     Our firm charged the TRUSTEES OF THE BRICKLAYERS AND ALLIED

CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND $875.00 in this matter.

5.     Our firm charged $350.00 for court filing fee and $75.00 process fee.

6.     Affiant is not currently suffering any infirmities and is competent to testify to all

the foregoing.

**EXHIBIT B**

FURTHER AFFIANT SAYETH NOT.

**DONALD SCHWARTZ**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS<br>AND ALLIED CRAFTSMEN LOCAL 56<br>FRINGE BENEFIT FUND, | )<br>)<br>)<br>) | |
| Plaintiffs, | )<br>) | No. 08 C 2192 |
| v. | )<br>) | Judge Kendall |
| ALBERT WENDT CONSTRUCTION CO.,<br>AN ILLINOIS CORPORATION, | )<br>)<br>) | Magistrate Judge Schenkier |
| Defendant. | )<br>) | |

**JUDGMENT ORDER**

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1.      Judgment in the amount of $85,194.79 is entered in favor of Plaintiffs, and against the Defendant, ALBERT WENDT CONSTRUCTION CO.

2.      This is a final and appealable order.

DATED: _____

ENTER:_____
**HONORABLE JUDGE KENDALL**

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415