IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUND, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 2192 |
| v. | ) ) | Judge Kendall |
| ALBERT WENDT CONSTRUCTION CO., AN ILLINOIS CORPORATION, | ) ) ) | Magistrate Judge Schenkier |
| Defendant. | ) ) | |

## NOTICE OF MOTION

TO: ALBERT WENDT CONSTRUCTION CO.
C/O ITS REGISTERED AGENT, WALTER W. BELL
200 WEST ADAMS STREET, SUITE 2600
CHICAGO, IL 60606

**PLEASE TAKE NOTICE** that on **July 17, 2008**, at **9:00 a.m.** or as soon hereafter as Counsel may be heard, I shall appear before the **Honorable Judge Kendall, Room 2319** in the Courtroom usually occupied by her in the Federal District Court, 219 S. Dearborn Street, Chicago, Illinois, and then and there move and present the attached Motion for Order of Default and Judgment In Sum Certain.

　　　　　　　　　　　　　　　　　　　　TRUSTEES OF THE BRICKLAYERS
　　　　　　　　　　　　　　　　　　　　AND ALLIED CRAFTSMEN LOCAL 56
　　　　　　　　　　　　　　　　　　　　FRINGE BENEFIT FUND

　　　　　　　　　　　　　　　　　　　　s/ Donald D. Schwartz
　　　　　　　　　　　　　　　　　　　　One of their Attorneys

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)

## PROOF OF SERVICE

I hereby certify that I electronically filed this Notice of Motion and Motion for Order of Default and Judgment In Sum Certain with the Clerk of the Court and a copy will be sent to the above-mentioned at the above-mentioned address and depositing the same, in the U.S. Mail at Jackson & Dearborn, Chicago, Illinois on the 11th day of July 2008, at or before the hour of 5:00 p.m.

ALBERT WENDT CONSTRUCTION CO.
C/O ITS REGISTERED AGENT, WALTER W. BELL
200 WEST ADAMS STREET, SUITE 2600
CHICAGO, IL 60606

s/Donald D. Schwartz
**ARNOLD AND KADJAN**
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
312-236-0415 (phone)
312-341-0438 (fax)
Dated: July 11, 2008