Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2192 | DATE | 7/17/2008 |
| CASE TITLE | TRUSTEES OF THE BRICKLAYERS AND ALLIED CRAFTSMEN LOCAL 56 FRINGE BENEFIT FUNDS et al vs. ALBERT WENDT CONSTRUCTION CO | | |

**DOCKET ENTRY TEXT**

Defendant fails to appear. Motion hearing held. Plaintiffs' motion for default judgment is granted. Enter judgment in favor of plaintiffs et al and against defendant in the amount of $85,194.79.

Docketing to mail notices.

■ [ For further detail see separate order(s).]

00:01

| | Courtroom Deputy Initials: | JS |
|---|---|---|