

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS <br> AND ALLIED CRAFTSMEN LOCAL 56 <br> FRINGE BENEFIT FUND, <br><br> Plaintiffs, <br><br> v. <br><br> ALBERT WENDT CONSTRUCTION CO., <br> AN ILLINOIS CORPORATION, <br><br> Defendant. | No. 08 C 2192 <br><br> Judge Kendall <br><br> Magistrate Judge Schenkier |

### JUDGMENT ORDER

**THIS CAUSE** coming on to be heard on Plaintiffs' Motion for Order of Default and Judgment in Sum Certain, all parties having been given due notice;

**IT IS HEREBY ORDERED**:

1. Judgment in the amount of $85,194.79 is entered in favor of Plaintiffs, and against the Defendant, ALBERT WENDT CONSTRUCTION CO.

2. This is a final and appealable order.

DATED: 7-18-08

ENTER: _____
HONORABLE JUDGE KENDALL

Donald D. Schwartz
**ARNOLD AND KADJAN**
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415